■ In the Matter of VINCENT P. CIGNARALE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [987 NYS2d 276]—Order of disbarment entered. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed May 28, 2014.)

■ In the Matter of DAVID S. WIDENOR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [987 NYS2d 275]—A certified copy of plea minutes having been filed showing that David S. Widenor was convicted of grand larceny in the third degree, a class D felony, he is disbarred and his name is stricken from the roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed May 27, 2014.)

■ In the Matter of JOHN M. DICKINSON, an Attorney, Resignor. [989 NYS2d 925]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed May 22, 2014.)

■ In the Matter of MICHAEL HENRY, an Attorney, Resignor. [987 NYS2d 274]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed June 10, 2014.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE A. MOORE, Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN FULTON, JR., Also Known as SHAIK S., Also Known as SHAIKH S. ABDMUQTADIR, Appellant. [987 NYS2d 590]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [987 NYS2d 589]—Motion to vacate denied. Present—Smith, J.P., Centra, Lindley and Whalen, JJ.